# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| AMANDA CATON, *et al.* : | |
| : | Case No. 1:22-cv-345 |
| **Plaintiffs,** : | |
| v. : | Judge Susan J. Dlott |
| : | |
| JACOB SALAMON, *et al*, : | |
| : | |
| **Defendants.** : | |

## NOTICE OF APPEAL

Notice is hereby given that the City of Loveland and Officers Jacob Salamon and Shawn Parks, individually and in their official capacities as a City of Loveland Police Officers, Defendants in the above named case, hereby appeal to the United States Court of Appeals for the Sixth Circuit from the District Court's Opinion and Order (Doc.# 42) in the above-captioned matter entered on September 18, 2024, which denied the City of Loveland, Ohio, and Officers Jacob Salamon and Shawn Parks summary judgment on certain claims. This appeal is filed pursuant to the authority of ORC §2744.02(C) and because the Court denied Officers Jacob Salamon and Shawn Parks qualified immunity.  This appeal is also made on behalf of the City of Loveland, Ohio, because the issues involved are inextricably intertwined with the issues relating to the appeal of Defendants, Jacob Salamon and Shawn Parks, and their denial of qualified immunity. See, *Mattox v. City of Forest Park*, 183 F.3d 515 {6th Cir. 1999).

                     Respectfully submitted,

                     */s/ Katherine L. Barbiere*
                     Katherine L. Barbiere (0089501)
                     SCHROEDER, MAUNDRELL, BARBIERE & POWERS
                     5300 Socialville-Foster Road
                     Mason, Ohio 45040
                     T. 513-583-4210 | F. 513-583-4203
                     kbarbiere@smbplaw.com
                     *Attorney for Defendants*

## CERTIFICATE OF SERVICE

    I hereby certify that on September 26, 2024 a copy of the foregoing was filed using the Clerk of Court's CM/ECF filing system which will send notification of such filing to all counsel of record.

                                      */s/ Katherine L. Barbiere*
                                      Katherine L. Barbiere (0089501)